No. 672. CARL SCHMID, INC. *v.* STEVENS. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. W. H. Crichton Clarke* for petitioner. *Messrs. F. O. Richey* and *B. D. Watts* for respondent.

No. 685. TWIN COACH CORP. *v.* BLOUNT ET AL. March 11, 1935. Petition for writ of certiorari to the Supreme Court of Florida denied. *Mr. Douglas D. Felix* for petitioner. *Mr. John M. Murrell* for respondents.

No. 690. HILLIARD *v.* PENNSYLVANIA R. Co. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Homer H. Marshman* for petitioner. *Mr. Norman A. Emery* for respondent.

No. 692. J. B. SCHERMERHORN, INC. *v.* HOLLOMAN, TREASURER, ET AL. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Hugh A. Ledbetter* and *Maxwell M. Mahany* for petitioner. No appearance for respondents.

No. 700. FORD, BACON & DAVIS, INC. *v.* INTERNATIONAL COMBUSTION ENGINEERING CORP. ET AL. March 11, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harold C. McCollom* for petitioner. *Mr. Sanford H. E. Freund* for respondents.

No. 701. THOMASVILLE *v.* AMERICAN SURETY Co. March 11, 1935. Petition for writ of certiorari to the